IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03765-RM-STV

JOLENE GALLEGOS,

    Plaintiff,

v.

HOSTED RECORDS, INC.,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 22). The Court, having considered the Stipulation, the Court file, and being fully advised, hereby

ORDERS that all claims of any nature, whether direct or by counterclaim, asserted in this action be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs, and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 16th day of August, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge